UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BYRON WARREN and
REBEKAH WARREN,

   Plaintiffs,

-vs-                               CASE NO.:  3:17-CV-00150-TCB

SANTANDER CONSUMER USA,
INC.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, Byron Warren, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

     I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  R. Frank Springfield, Esq., and Rachel Friedman, Esq.,

Burr & Forman, LLP, 171 Seventeenth Street, NW, Suite 1100, Atlanta, GA 30363

(fspringf@burr.com and rfriedman@burr.com).

                                            */s/Octavio Gomez*
                                            Octavio "Tav" Gomez, Esquire
                                            Georgia Bar #: 617963
                                            Morgan & Morgan, Tampa, P.A.
                                            201 North Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Telephone: (813) 223-5505
                                            Facsimile:  (813) 223-5402
                                            tgomez@forthepeople.com
                                            fkerney@forthepeople.com
                                            jkneeland@forthepeople.com
                                            mbradford@forthepeople.com
                                            Attorney for Plaintiff